**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1785

KAREN VAN GORKOM,

Plaintiff - Appellant,

versus

DEUTSCHE BANK,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:04-cv-02802-WDQ)

Submitted: November 15, 2007          Decided: November 20, 2007

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karen Van Gorkom, Appellant Pro Se. Tom A. Jerman, Evelyn L. Becker, Heejung Heidi Son, Sarah A. Goldfrank, Anne Nicole Cortina, O'MELVENY & MYERS, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Van Gorkom appeals the district court's order granting Defendant's Fed. R. Civ. P. 41(b) motion to dismiss her claims for failure to prosecute. We have reviewed the record and affirm for the reasons stated by the district court. See Van Gorkom v. Deutsche Bank, No. 1:04-cv-02802-WDQ (D. Md. July 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED